IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIFFANY M. WASHINGTON, | ) |
| Plaintiff, | ) |
| v. | ) CIV. ACT. NO. 1:17-cv-528-TFM-MU |
| MARK T. ESPER, as Secretary of DEFENSE, and DEFENSE CONTRACT MANAGEMENT AGENCY, | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is entered in favor of the Defendants and against Plaintiff. Plaintiff shall recover nothing by this suit.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58. This case is hereby closed.

**DONE** and **ORDERED** this the 5th day of March 2021.

    s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES DISTRICT JUDGE